# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CODY LINDEN**                                                            **PLAINTIFF**

v.                  Case No. 4:19-cv-00545 BSM

**SOCIAL SECURITY ADMINISTRATION,**                 **DEFENDANT**
**Commissioner**

## ORDER

The proposed findings and recommendations ("recommendation") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 13] has been received. After careful review of the record, the recommendation is adopted. The commissioner's decision is reversed, and the case is remanded for further review.

IT IS SO ORDERED this 25th day of March 2020.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE