IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CODY LINDEN**                                                                                         **PLAINTIFF**

**v.**                          **Case No. 4:19-cv-00545 BSM**

**SOCIAL SECURITY ADMINISTRATION,**                              **DEFENDANT**
**Commissioner**

## ORDER

Consistent with the order entered on March 25, 2020, *see* Doc. No. 14, the commissioner's decision is reversed, and this case is remanded for further review.

IT IS SO ORDERED this 15th day of April 2020.

_____
UNITED STATES DISTRICT JUDGE